AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 13 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Willie Lee James and<br>Shovokie Demorris Dixon, Jr.<br><br>Defendant(s) | )<br>)<br>)  Case No.  3:15 mj 167-LRA<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __8/09/15__ in the county of __Hinds__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section ~~922(t)~~<br>924(i)<br>JBL  LRA | Theft of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Blair Lobrano, Special Agent, ATF
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:  08/13/2015  LRA  J.B.L.

_____
Judge's signature

City and state:   Jackson, MS         Linda R. Anderson, U.S. Magistrate Judge
                                      Printed name and title

## Affidavit

I, Blair Lobrano, being duly sworn state as follows:

I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, currently assigned to the Jackson, Mississippi Field Office. I have been so employed for approximately 8 years. During the course of my law enforcement experiences, I have participated in several criminal investigations, including investigations of offenses named herein.

I am currently participating in an investigation as part of a team comprised of officers and agents from the Jackson Police Department and the Hinds County Sheriff's Office, among others. The investigation has identified individuals known as Willie Lee James and Shovokie Demorris Dixon, Jr. who have committed, and are committing, violations of: Title 18, United States Code, Sections 922(g)(1), (possession of firearm and/or ammunition by a convicted felon); Title 18, United States Code, Section 922(j) (possession, concealment and/or disposal of a stolen firearm); and 18, United States Code, Section 924(l) (theft of a firearm).

Because this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that violations of the aforementioned statutes exist. The facts set forth in this affidavit are based on my own personal knowledge, discussions I have had with other law enforcement officers, witness interviews, and reviews of reports and records that I have examined.

Pursuant to Title 18 United States Code, Section 922(g)(1), "It shall be unlawful for any person – (1) who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one years;…to ship or transport in interstate or foreign commerce, or possess in

or affecting commerce, any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."

Pursuant to Title 18 United States Code, Section 922(j), "It shall be unlawful for any person to receive, possess, conceal, store, barter, sell, or dispose of any stolen firearm or stolen ammunition, or pledge or accept as security for a loan any stolen firearm or stolen ammunition, which is moving as, which is a part of, which constitutes, or which has been shipped or transported in, interstate or foreign commerce, either before or after it was stolen, knowing or having reasonable cause to believe that the firearm or ammunition was stolen."

Pursuant to Title 18 United States Code, Section 924(l), "A person who steals any firearm which is moving as, or is a part of, or which has moved in, interstate or foreign commerce shall be imprisoned for not more than 10 years, fined under this title, or both."

On Sunday, August 9, 2015, at approximately 1:11 a.m., Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents Blair Lobrano and Scott Meadows, and Jackson Police Department (JPD) Lieutenant Anthony Moore were working another case when they overheard a radio call dispatched in reference to an alarm and the caller stating the video surveillance showed at least two (2) persons inside the business. Special Agents Lobrano and Meadows and Lt. Moore responded to 3153 Medgar Evers Boulevard, the Beauty Star business located in the Delta Mart Shopping Center, and met other JPD Officers on the scene.

When Special Agents Lobrano and Meadows and Lt. Moore arrived, JPD Officers had already secured a hole that had been made at the rear of the Delta Mart Shopping Center and were waiting for the caller/key holder to arrive to open the front of the Beauty Star business. Abdallah Shalbi and Abdel Mohammad, the key holders of Beauty Star business, arrived and opened the front door of the business. During this time, a suspect fled out of the hole at the rear

of the business and was apprehended by JPD Officers Jered Meeks and Anthony Thompson. Special Agent Meadows went to the rear of the shopping center to assist with the suspect who fled. The suspect was identified as Shovokie Demorris Dixon, Jr.

Special Agent Lobrano, Lt. Moore and JPD Sergeant Robert Bufkin made entry into the front of the business. The lights could not be turned on. Special Agent Lobrano went to the left (northern side) of the Beauty Star business and cleared a dressing room. Special Agent Lobrano then went into an office adjacent to the dressing room and observed a hole broken into the cinder block wall of the office that led to the business next door, DSD Tax Services and Wireless. Special Agent Lobrano, Lt. Moore and Sgt. Bufkin finished clearing the remainder of the Beauty Star business without finding any suspects before returning to the office. While Special Agent Lobrano was clearing the Beauty Star business, he saw a 3 lb hammer with a yellow hammer that was left in a box near aisle 11.

The key holder for DSD Tax Services and Wireless could not be contacted to open the front door to the business, so Special Agent Lobrano, Lt. Moore and Sgt. Bufkin, along with JPD Officer Kenneth Cheeks, made entry into the DSD Tax Services and Wireless business through the hole in the wall from the office in Beauty Star. They were met by Special Agent Meadows who entered the room from the hole in the DSD Tax Services and Wireless business which opened to the outside. The room the agents and officers entered appeared to be an office inside the DSD Tax Services and Wireless business. The large hole in the cinder block wall could be better observed. This hole opened to the outside of the building, and had been broken through. A large sledge hammer was left on the desk in the DSD Tax Services and Wireless office.

Special Agents Lobrano and Meadows, Lt. Moore, Sgt. Bufkin and Officer Cheeks

cleared the remainder of the DSD Tax Services and Wireless store. The lights in this business also could not be turned on. Numerous tiles from the drop ceiling (also known as a suspended ceiling) were on the ground of the business. No suspects were located on the floor of the business.

Special Agent Lobrano used a chair to step on to check the space above the drop ceiling. As Special Agent Lobrano cleared the space, he observed a black male wearing a white shirt lying on his back on the tiles of the drop ceiling with purple/maroon clothing behind the suspect. Special Agent Lobrano ordered the suspect to show his hands. The suspect complied and raised up. However, the suspect began to lower his hands as Special Agent Lobrano ordered the suspect to get down. At this point, Special Agent Meadows made his way to the floor area under the suspect, and removed a ceiling tile to get a better view of the suspect. The drop ceiling could not support the suspect's weight as he was moving and he fell to the ground. The suspect was taken into custody and identified as Willie Lee James.

After Willie Lee James fell, Special Agent Lobrano could still see purple/maroon clothing next to where James had been hiding. Officer Cheeks used his baton to poke at the ceiling tile, causing the ceiling tile to fall. When the ceiling tile fell, a purple/maroon hooded jacket with one (1) pink and black Taurus brand, model PT738, Serial Number 49432D, .380 caliber semi-automatic pistol fell to the ground with it. An NCIC check of the pistol indicated it had been reported stolen on July 7, 2015.

Abdallah Shalbi and Abdel Mohammad walked through the Beauty Star business and located where the suspects had cut the power off. Abdallah Shalbi and Abdel Mohammad turned the power on and finished his walk through. Abdel Mohammad advised the law enforcement

officers that his Smith and Wesson AR-15 rifle was missing.  Special Agents Lobrano and Meadows, Officer Cheeks and JPD K9 Officer Carl Ellis searched the field behind the Delta Mart Shopping Center and located one (1) Smith and Wesson brand, model M&P-15, serial number ST97950, .223 caliber semi-automatic rifle and along with a Tommy Hilfiger bag under a tree in the field.

Abdel Mohammad identified the Smith and Wesson brand, model M&P-15 rifle as his.  Special Agent Lobrano had previously observed a Smith and Wesson long gun box in the office of the Beauty Star business.  The price on the box indicated the rifle was worth $649.  Additionally, Abdel Mohammad identified the items in the bag, which were all hair clippers and clipper supplies, as inventory from his store.

Special Agent Lobrano conducted an inventory of the bag in the presence, and with the assistance, of Abdel Mohammad.  Special Agent Lobrano found the items in the bag were worth a total of $1,324.32.

A bag was also found on the desk of the DSD Tax Services and Wireless store.  Abdel Mohammad indicated the items in this bag were inventory from his store.  The law enforcement officers requested Abdel Mohammad walk through the DSD Tax Services and Wireless store and see if any other inventory from his store was in the office.  Abdel Mohammad did find additional merchandise.  Special Agent Lobrano conducted an inventory of the bag and additional merchandise in the presence, and with the assistance, of Abdel Mohammad.  Special Agent Lobrano found the items were worth a total of $529.78.

Special Agent Lobrano confirmed the information on the Taurus pistol and the Smith and

Wesson rifle. Additionally, Special Agent Lobrano consulted with ATF Firearms Interstate Nexus Expert Special Agent Raymond Conner, who confirmed that both firearms were manufactured outside the state of Mississippi and traveled in interstate commerce.

Special Agent Lobrano reviewed video surveillance from the Beauty Star business. That video clearly shows three (3) individuals enter the Beauty Star business from the office where a hole had been broken through the wall. The first individual is dressed in a purple/maroon hooded sweatshirt with the hood over his head and a white t-shirt hanging out the bottom of the sweatshirt. This individual also is wearing black gloves and holding a 3 lb. hammer. From the angle of the camera, this individual appears to be walking towards the rear of the store. The description of this individual substantially matches that of Willie Lee James and what James was wearing and found with when law enforcement located him.

The second individual who walked out of the office ducked down and walked behind an aisle. This individual appeared to be wearing a black hooded sweatshirt with the hood pulled over his head. This individual also appeared to be holding a bag and walked towards the cash register area of the store where the hair clippers were kept.

The third individual who walked out of the office was wearing camouflage pants, a black sweatshirt or jacket, black gloves and a black knit type cap that covered his head and face. This individual also carried a yellow and black bag that he placed over his head as he walked by the camera towards the back of the Beauty Star business in the same direction James walked.

The video from the camera in the rear of the Beauty Star business in the storage room showed the individual who matched the description of James and the third individual walk towards the direction of the electrical breaker box. These individuals went out of view for several seconds, and then the lights in the store go off. The individuals then return into view of

the camera and can be seen walking towards the store area using their cell phones as flashlights.

The video from the camera above the cash register showed the second individual who left the office behind the cash register area. This individual could be better viewed and was wearing a black hooded sweatshirt with the hood pulled over his head, camouflage pants and grey gloves. The description of this individual substantially matches that of Shovokie Demorris Dixon, Jr. and what Dixon was wearing and found with when law enforcement located him. This individual can also be scene carrying a bag that substantially matches the description of the Tommy Hilfiger bag described above. This individual goes behind the counter and fills the bag with the hair clippers and hair clippers accessories.

The third individual can be viewed walking into view with the second individual (who matches the description of Dixon) and can be seen holding the black and yellow bag. This individual then went to where the hair clippers and hair clipper accessories were, and filled the bag. The second individual (who matches the description of Dixon) then leaves with the Tommy Hilfiger bag and walks in the direction of the office. The third individual is then joined by the individual who matches the description of James. The third individual then leaves the cash register area with the black and yellow bag and walks in the direction of the office.

The individual who matches the description of James can then be viewed at the cash register area. James unplugged the television, which displays a live feed of the video surveillance cameras. James then attempted to open the cash register with several keys, but was unsuccessful. James then hit the corner of the cash register with the 3 lb. hammer, but it did not open. James then walked in the direction of the office.

Another video from the surveillance camera above the cash register shows the lights have been cut off. Two of the suspects, one wearing a hooded sweatshirt and holding a hammer and

the other wearing a sweatshirt and hat walk through the cash register area using their phones as flashlights. They appear to be looking for something, and then walk in the direction of the rear of the store.

Surveillance video from outside the Delta Mart Shopping Center shows two (2) individuals walk towards the hole that was broken through the outside wall of the DSD Tax Services and Wireless store. One individual appears to be wearing a hooded sweatshirt with the hood pulled over his head. The other individual appears to be wearing a long sleeve shirt with a dark collar hat. A third individual can be scene standing by in the area of the camera while the other two (2) individuals approached the outside hole.

On Monday, August 10, 2015, JPD Detectives Jerry McWilliams and Johnathan Ridgley interviewed Willie Lee James. James was read his rights per *Miranda* prior to the interview, and admitted that he and Dixon, Jr. broke into the Beauty Star business for the purpose of getting items to "sell and make some money off of it".

Also on Monday, August 10, 2015, JPD Detectives Jerry McWilliams and Johnathan Ridgley interviewed Shovokie Demorris Dixon, Jr. Dixon was read his rights per *Miranda* prior to the interview, and admitted he and two (2) other people broke into the Beauty Star business to steal hair and cash. Dixon stated his job was to beat a hole in the wall so entry could be made.

BLAIR LOBRANO
Special Agent, ATF


SWORN TO AND SUBSCRIBED before me on this, the 13th day of August, 2015.

LINDA R. ANDERSON
United States Magistrate Judge